## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TORREY HENDERSON                                                         PLAINTIFF

V.                                      3:07CV00084 SWW/JTR

DAN LANGSTON,
Sheriff of Greene County, et al.                                        DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's

June 27, 2007 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in

forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would

not be taken in good faith.

DATED this 3rd day of August 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE